IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KENNETH CARDWELL,                :
                                 :
            Plaintiff            :
                                 :
        VS.                      :     NO. 1:06-cv-58(WLS)
                                 :
Warden KEVIN ROBERTS, *et al.*,  :
                                 :     PROCEEDINGS UNDER 42 U.S.C. § 1983
            Defendants           :     BEFORE THE U.S. MAGISTRATE JUDGE
                                 :

# O R D E R

On or about May 5, 2006, plaintiff **KENNETH CARDWELL** filed a document entitled "Objection" to this Court's referral order filed April 19, 2006 (Tab # 4). In the April 19, 2006, referral order, the Court ordered that the above-captioned case is to be referred to Richard L. Hodge, United States Magistrate Judge. 28 U.S.C. § 636 specifically allows cases to be referred to Magistrate Judges. Additionally, Local Rule 72.1(2) gives the United States Magistrate Judges for the Middle District of Georgia authority to conduct proceedings in "[a]ll cases brought by prisoners filed under 42 U.S.C. §1983."

Therefore, plaintiff's Objection to the April 19, 2006, referral order is **DENIED**.

**SO ORDERED**, this 8th day of May, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE