# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| KENNETH CARDWELL, | : |
| Plaintiff | : |
| v. | : 1:06-cv-58 (WLS) |
| FREDERICK GAMMON, et. al., | : |
| Defendants | : |

## ORDER

Before the Court is a Recommendation from United States Magistrate Richard L. Hodge filed on June 20, 2007. (Doc. 57). It is recommended that Plaintiff's Motions for Summary Judgment (Docs. 30, 31)[1] be denied. (Doc. 57). Plaintiff filed a timely objection to the Report and Recommendation on August 1, 2007. (Doc. 58).

In the Recommendation, it was found that Plaintiff has failed to meet his burden of establishing that no genuine issue of material fact remain in this case. (Doc. 57). Magistrate Judge Hodge also notes that the Plaintiff merely reasserts the claims set out in his complaint, adding only summary conclusions that the facts as alleged prove his claim. *Id*. It is therefore recommended that Plaintiff's Motions for Summary Judgment (Docs. 30, 31) be denied.

In his objection, Plaintiff merely reasserts the arguments made in his Motions for Summary Judgment. (Docs. 30, 31). The arguments and assertions contained in the Plaintiff's Objection (Doc. 58) were fully considered by Magistrate Judge Hodge. Upon further review, the Court finds that the objection does not demonstrate that the Magistrate Judge made any clear error in law or findings in recommending that Plaintiff's Motions for Summary Judgment (Doc. 30, 31) be denied. Accordingly, Plaintiff's objections (Doc. 58) are **OVERRULED**.

---

[1] The same arguments, which were made in Plaintiff's complaint, are reiterated in both Summary Judgment Motions. Plaintiff filed the second of the two motions (Doc. 31) because he "overlooked" a defendant whom he meant to include in his initial motion (Doc. 30). Both Motions for Summary Judgment (Docs. 30, 31) include the same arguments.

Therefore, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 57) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made, reasons stated and conclusions reached herein.  Accordingly, Plaintiff's Motions for Summary Judgment (Doc. 30, 31) are **DENIED**.

**SO ORDERED**,  this   6th   day of September, 2007.


                                        /s/W. Louis Sands            
                                      **THE HONORABLE W. LOUIS SANDS,**
                                      **UNITED STATES DISTRICT COURT**